**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EDWARD BRYAN, | ) |
| | ) |
| Plaintiff, | ) Case: 4:26-CV-00050 |
| | ) |
| v. | ) |
| | ) |
| HOTEL RESTAURANT, LLC d/b/a | ) |
| MOONRISE HOTEL, | ) Jury Trial Demanded |
| | ) |
| Defendant, | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

It is hereby stipulated between Edward Bryan ("Plaintiff") and Hotel Restaurant, LLC d/b/a

Moonrise Hotel ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that

this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated this 6th of August, 2026

AGREED TO BY:


*/s/ Travis Lampert*
Travis Lampert, Esq.
Sulaiman Law Group, LTD.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 581 - 5456
tlampert@atlaslawcenter.com
*Attorney for Plaintiff*

*/s/ Kevin P. Clark*
Kevin P. Clark, #53811
Litchfield Cavo, LLP
222 South Central Ave, Suite 600
Clayton, MO 63105
Phone: (314) 725-1227
clark@litchfieldcavo.com
*Attorneys for Defendant*